# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2006

*Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. Sec. 101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* HAMILTON, PHYLLIS J. | 2. Court or Organization NORTHERN DIST. OF CALIFORNIA | 3. Date of Report 04/25/2007 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* DISTRICT JUDGE – ACTIVE | 5. Report Type (check type) ___ Nomination, Date ___/___/___ ___ Initial X Annual ___ Final | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

|  | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| X | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

|  | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

|  | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
|  | NONE (No reportable non-investment income.) | | |
| 1 | 2006 | Oakland City Attorney's Office | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

2007 MAY -2 A 10: 52 RECEIVED FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| ☐ NONE | (No such reportable reimbursements.) | |
| 1 | Pricewaterhouse Coopers | Feb 16-19, 2006. Reimbursement for transportation and lodging for speaking engagment at intellectual property seminar. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| X NONE | (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| ☐ NONE | (No reportable liabilities.) | | |
| 1 | Colonial Bank | Mortgage on Rental Property Columbia, SC (Pt. VII, line 2) | N |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
0=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, PHYLLIS J. | 04/25/2007 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Lincoln National Life Insurance Co. - IRA | C | Interest | L | T | | | | | |
| 2 Rental Property Columbia, SC (9/04) | E | Rent | O | R | | | | | |
| 3 Wells Fargo Bank "Accounts" | B | Interest | M | T | | | | | |
| 4 GMAC BANK "Accounts" | A | Interest | M | T | Deposit | 1/4 | M | | |
| 5 E-Trade Bank "Accounts" | A | Interest | K | T | Deposit | 12/21 | K | | |
| 6 Janus Worldwide Mutual Fund | A | Dividend | J | T | | | | | |
| 7 Intel Stock | A | Dividend | J | T | | | | | |
| 8 Agilent Stock | | None | J | T | | | | | |
| 9 Nasdaq 100 Fund | | None | J | T | | | | | |
| 10 Vanguard Institutional Index Mutual Fund | | | | | Sold | 8/28 | J | A | |
| 11 Janus Worldwide Mutual Fund | A | Dividend | J | T | | | | | |
| 12 Harbor Bond Fund Mutual Fund | A | Dividend | J | T | part sale | 2/21 | K | A | |
| 13 | | | | | part sale | 8/21 | K | A | |
| 14 | | | | | part sale | 12/21 | K | A | |
| 15 Dreyfus Discovery Fund | | | | | Sold | 8/28 | J | A | |
| 16 Microsoft Stock | | None | J | T | | | | | |
| 17 Vanguard Index 500 Mutual Fund | B | Div/Cap | K | T | part sale | 12/21 | J | A | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, PHYLLIS J. | 04/25/2007 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions    *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  Janus Mercury Fund Mutual Fund | A | Div/Cap | J | T | | | | | |
| 19  Clipper Fund | A | Div/Cap | J | T | part sale | 12/21 | J | A | |
| 20  American Century Small Cap Value Fund | | | | | Sold | 8/28 | J | A | |
| 21  Safeco Equity Mutual Fund | A | Div/Cap | J | T | | | | | |
| 22  Vanguard Inflation Protected Securities | A | Div/Cap | K | T | Part sale | 2/1 | J | A | |
| 23 | | | | | Sold | 12/21 | J | A | |
| 24  Strong Advantage Fund | A | Div/Cap | J | T | | | | | |
| 25  US Savings Bonds | B | Interest | L | T | | | | | |
| 26  US Savings Bonds | A | Interest | K | T | | | | | |
| 27  US Savings Bonds | A | Interest | L | T | Buy | 2/1 | L | | |
| 28  Fideltity Puritan Fund | A | Div/Cap | M | T | Buy | 8/28 | M | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

# VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

HAMILTON, PHYLLIS J.

Date of Report

04/25/2007

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature  Date 4/25/07

Note: Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**